IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| BOYD BELCHER, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| V. § | CIVIL ACTION NO. 1:23-CV-00350 |
| § | JUDGE MICHAEL J. TRUNCALE |
| QBE SPECIALTY INSURANCE § | |
| COMPANY, § | |
| § | |
| *Defendant.* § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Voluntary Dismissal with Prejudice. [Dkt. 9]. The Parties are seeking a dismissal with prejudice as to all claims and all associated relief requested in such claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 7th day of November, 2023.**

Michael J. Truncale
United States District Judge